THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO LANOE, Appellant, *v.* FRANK E. O'REILLY, as City Magistrate, et al., Respondents.

*People ex rel. Lanci* v. *O'Reilly,* 129 App. Div. 522, affirmed.
(Argued February 10, 1909; decided March 2, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1909, which affirmed an order of Special Term dismissing a writ of certiorari to inquire into the validity of a warrant committing the relator to the city prison.

*James E. Finegan* for appellant.

*John F. Clarke, District Attorney* (*Peter P. Smith* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.